**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEGAN ORTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 17-cv-6535 |
| ) | |
| VEIN CLINICS OF AMERICA, INC., ) | Judge Sara L. Ellis |
| and INTEGRAMED AMERICA, INC. ) | |
| ) | Magistrate Judge Jeffrey Cole |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff MEGAN ORTO and Defendants VEIN CLINICS OF AMERICA, INC., and INTEGRAMED AMERICA, INC. stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss this matter with prejudice. In support of this stipulation, the parties state that they have reached a settlement of this case that resolves all issues between them.

WHEREFORE, the parties request that this Court approve their stipulation and enter an order dismissing this matter with prejudice and for each party to bear her or its own costs and fees for this matter.

| | |
|---|---|
| Dated: January 24, 2018 | Respectfully submitted, |

**MEGAN ORTO**

By: /s Michael A. Faccenda
One of the Attorneys for Plaintiff

Michael A. Faccenda
FACCENDA LAW GROUP LLC
901 West Hillgrove Ave.
La Grange, IL 60525
Telephone: (708) 497-3077

**VEIN CLINICS OF AMERICA, INC., and INTEGRAMED AMERICA, INC.**

By: /s Nadine C. Abrahams
One of the Attorneys for Defendants.

Nadine C. Abrahams
Matthew M. Brown
**Jackson Lewis P.C.**
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949